UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. THOMAS o/b/o R.L.T., a child, | Case No. 09-10561 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | MAGISTRATE JUDGE<br>VIRGINIA MORGAN |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant.<br>_____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9], and GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]

On January 4, 2010, Magistrate Judge Morgan issued a Report and Recommendation [13] recommending that Defendant's Motion for Summary Judgment [12] be granted, and that Plaintiff's Motion for Summary Judgment [9] be denied. No objections were filed. The Court has reviewed the record in this case, and being fully advised in the premises,

The Report and Recommendation [13] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [9] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [12] is **GRANTED.**

The case is hereby **DISMISSED**.

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: February 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 12, 2010, by electronic and/or ordinary mail.

                                    S/LISA M. WARE
                                    Case Manager